UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| Thomas Castellanos, | ) | 9th Cir. No. 25-4185 |
| | ) | |
|     Objector-Appellant, | ) | STIPULATED MOTION TO |
| | ) | VOLUNTARILY DISMISS |
| v. | ) | APPEAL |
| | ) | |
| National Collegiate Athletic | ) | |
| Association, et al. | ) | |
| | ) | |
|     Defendants - Appellees. | ) | |

Pursuant to Federal Rule of Appellate Procedure 42(b), Objector-Appellant Thomas Castellanos and all Defendants hereby move the Court for an Order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: July 24, 2025

/s/ *Michael L. McGlamry*
Attorney for Objector-Appellant
Thomas Castellanos

/s/ *Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP

1

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: ( 206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler *(pro hac vice)*
David G. Feher *(pro hac vice)*
David L. Greenspan *(pro hac vice)*
Adam I. Dale *(pro hac vice)*
Sarah L. Viebrock *(pro hac vice)*
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Plaintiffs*

*/s/Rakesh N. Kilaru*
Attorney for Appellee National Collegiate Athletic Association

*/s/Whitty Somvichian*
Attorney for Appellee PAC-12 Conference

*/s/Timothy Leake*
Attorney for Appellee The Big Ten Conference, Inc.

*/s/Angela C. Zambrano*
Attorney for Appellee The Big Twelve Conference, Inc.

*/s/Robert W. Fuller, III*
Attorney for Appellee Southeastern Conference

        _/s/ Christopher S. Yates_
        Attorney for Appellee
        Atlantic Coast Conference